CLOSED,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:12−cv−00139−GMS

Audatex North America Inc. v. Mitchell International Inc.  
Assigned to: Judge Gregory M. Sleet  
Cause: 35:271 Patent Infringement

Date Filed: 02/06/2012  
Date Terminated: 07/01/2013  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Audatex North America Inc.**                represented by    **Jack B. Blumenfeld**
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658−9200
Email: jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Ying**
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351−9243
Fax: (302) 225−2570
Email: jying@mnat.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mitchell International Inc.**                represented by    **Colm F. Connolly**
Morgan Lewis &Bockius LLP
1007 Orange Street
Suite 501
Wilmington, DE 19801
(302) 574−3000
Fax: (302) 574−3001
Email: cconnolly@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason C. White**
Email: jwhite@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mansi H. Shah**

Email: mshah@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2012 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT – filed with Jury Demand against Mitchell International Inc. – Magistrate Consent Notice to Pltf. ( Filing fee $ 350.00, receipt number 0311–1018337.) – filed by Audatex North America Inc.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(rwc) (Entered: 02/07/2012) |
| 02/06/2012 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (rwc) (Entered: 02/07/2012) |
| 02/06/2012 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 7,912,740 B2. (rwc) (Entered: 02/07/2012) |
| 02/06/2012 | Ï 4 | Disclosure Statement pursuant to Rule 7.1 filed by Audatex North America Inc. identifying direct and indirect Corporate Parents Audatex Holdings Inc., Corporate Parent Audatex Holdings LLC, Corporate Parent Solera Holdings Inc. for Audatex North America Inc. (rwc) (Entered: 02/07/2012) |
| 02/07/2012 | Ï | Summons Issued with Magistrate Consent Notice attached as to Mitchell International Inc. on 2/7/2012. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302–573–6170 and ask the Clerk to mail the summons to them. (rwc) (Entered: 02/07/2012) |
| 02/15/2012 | Ï | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 02/15/2012) |
| 05/29/2012 | Ï 5 | SUMMONS Returned Executed by Audatex North America Inc.. Mitchell International Inc. served on 5/29/2012, answer due 6/19/2012. (Blumenfeld, Jack) (Entered: 05/29/2012) |
| 06/19/2012 | Ï 6 | Joint STIPULATION TO EXTEND TIME to move, answer or otherwise respond to the Complaint to July 19, 2012 – filed by Mitchell International Inc.. (Connolly, Colm) (Entered: 06/19/2012) |
| 06/19/2012 | Ï | SO ORDERED, re 6 Joint STIPULATION TO EXTEND TIME to move, answer or otherwise respond to the Complaint to July 19, 2012 filed by Mitchell International Inc. Set/Reset Answer Deadlines: Mitchell International Inc. answer due 7/19/2012. Ordered by Chief Judge Gregory M. Sleet on 6/19/12. (mmm) (Entered: 06/19/2012) |
| 06/25/2012 | Ï 7 | MOTION for Pro Hac Vice Appearance of Attorney Jason C. White and Mansi H. Shah – filed by Mitchell International Inc.. (Connolly, Colm) (Entered: 06/25/2012) |
| 06/25/2012 | Ï | SO ORDERED, re 7 MOTION for Pro Hac Vice Appearance of Attorney Jason C. White and Mansi H. Shah filed by Mitchell International Inc. Ordered by Chief Judge Gregory M. Sleet on 6/25/2012. (asw) (Entered: 06/25/2012) |
| 06/25/2012 | Ï 8 | MOTION for Pro Hac Vice Appearance of Attorney Lisa S. Glasser and David C. McPhie of Irell &Manella LLP – filed by Audatex North America Inc.. (Blumenfeld, Jack) (Entered: 06/25/2012) |
| 06/26/2012 | Ï | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney Lisa S. Glasser and David C. McPhie of Irell &Manella LLP filed by Audatex North America Inc. Ordered by Chief Judge Gregory M. Sleet on 6/26/2012. (asw) (Entered: 06/26/2012) |
| 06/27/2012 | Ï | |

| | | |
|---|---|---|
| | | Pro Hac Vice Attorney Jason C. White, Mansi H. Shah for Mitchell International Inc. added for electronic noticing. (rbe) (Entered: 06/27/2012) |
| 07/19/2012 | Ï 9 | MOTION to Dismiss Based upon Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's Indirect and Willful Infringement Allegations – filed by Mitchell International Inc.. (Attachments: # 1 Certificate of Service)(Connolly, Colm) (Entered: 07/19/2012) |
| 07/19/2012 | Ï 10 | OPENING BRIEF in Support re 9 MOTION to Dismiss Based upon Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's Indirect and Willful Infringement Allegations filed by Mitchell International Inc..Answering Brief/Response due date per Local Rules is 8/6/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(Connolly, Colm) (Entered: 07/19/2012) |
| 08/02/2012 | Ï 11 | Joint STIPULATION TO EXTEND TIME for the plaintiff to respond to defendant's Motion to Dismiss Plaintiff's Indirect and Willful Infringement Allegations to August 13, 2012 – filed by Audatex North America Inc., Mitchell International Inc.. (Blumenfeld, Jack) (Entered: 08/02/2012) |
| 08/03/2012 | Ï | SO ORDERED, re 11 Joint STIPULATION TO EXTEND TIME for the plaintiff to respond to defendant's Motion to Dismiss Plaintiff's Indirect and Willful Infringement Allegations to August 13, 2012 filed by Mitchell International Inc., Audatex North America Inc., Set Briefing Schedule: (Answering Brief due 8/13/2012.). Ordered by Chief Judge Gregory M. Sleet on 8/3/2012. (asw) (Entered: 08/03/2012) |
| 08/13/2012 | Ï 12 | First AMENDED COMPLAINT *For Patent Infringement* against Mitchell International Inc.– filed by Audatex North America Inc.. (Attachments: # 1 Exhibits A–B)(Ying, Jennifer) (Entered: 08/13/2012) |
| 08/13/2012 | Ï 13 | RESPONSE to Motion re 9 MOTION to Dismiss Based upon Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's Indirect and Willful Infringement Allegations filed by Audatex North America Inc.. (Ying, Jennifer) (Entered: 08/13/2012) |
| 08/30/2012 | Ï 14 | ANSWER to Amended Complaint ANSWER to 12 Amended Complaint by Mitchell International Inc..(Connolly, Colm) (Main Document 14 replaced on 8/31/2012) (asw). (Entered: 08/30/2012) |
| 08/31/2012 | Ï | CORRECTING ENTRY: The main document in D.I. 14 Answer to Amended Complaint has been replaced with its corrected version. (asw) (Entered: 08/31/2012) |
| 10/17/2012 | Ï 15 | MOTION to Transfer Case to United States District Court for the Southern District of California – filed by Mitchell International Inc.. (Attachments: # 1 Rule 7.1.1 Certificate, # 2 Certificate of Service)(Connolly, Colm) (Entered: 10/17/2012) |
| 10/17/2012 | Ï 16 | OPENING BRIEF in Support re 15 MOTION to Transfer Case to United States District Court for the Southern District of California *Pursuant to 28 U.S.C. Section 1404(a)* filed by Mitchell International Inc..Answering Brief/Response due date per Local Rules is 11/5/2012. (Connolly, Colm) (Entered: 10/17/2012) |
| 10/17/2012 | Ï 17 | DECLARATION re 15 MOTION to Transfer Case to United States District Court for the Southern District of California, 16 Opening Brief in Support, *of Jesse Herrera* by Mitchell International Inc.. (Attachments: # 1 Certificate of Service)(Connolly, Colm) (Entered: 10/17/2012) |
| 10/17/2012 | Ï 18 | DECLARATION re 15 MOTION to Transfer Case to United States District Court for the Southern District of California, 16 Opening Brief in Support, *of Mansi Shah* by Mitchell International Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Certificate of Service)(Connolly, Colm) (Entered: 10/17/2012) |

| | | |
|---|---|---|
| 11/05/2012 | 19 | [SEALED] ANSWERING BRIEF in Opposition re 15 MOTION to Transfer Case to United States District Court for the Southern District of California filed by Audatex North America Inc..Reply Brief due date per Local Rules is 11/16/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Ying, Jennifer) (Entered: 11/05/2012) |
| 11/05/2012 | 20 | DECLARATION re 19 Answering Brief in Opposition, –– *Declaration of Lisa S. Glasser* –– by Audatex North America Inc.. (Attachments: # 1 Exhibit 1–6)(Ying, Jennifer) (Entered: 11/05/2012) |
| 11/05/2012 | 21 | [SEALED] DECLARATION re 19 Answering Brief in Opposition, –– *Declaration of Coleman Conroy* –– by Audatex North America Inc.. (Ying, Jennifer) (Entered: 11/05/2012) |
| 11/07/2012 | 22 | REDACTED VERSION of 19 Answering Brief in Opposition, *to Defendant Mitchell International, Inc.'s Motion to Transfer Venue Pursuant ot 28 U.S.C. § 1404(a)* by Audatex North America Inc.. (Ying, Jennifer) (Entered: 11/07/2012) |
| 11/07/2012 | 23 | REDACTED VERSION of 21 Declaration *of Coleman Conroy* by Audatex North America Inc.. (Ying, Jennifer) (Entered: 11/07/2012) |
| 11/16/2012 | 24 | Disclosure Statement pursuant to Rule 7.1 filed by Mitchell International Inc. identifying Corporate Parent MIH Parent, Inc. for Mitchell International Inc... (Connolly, Colm) (Entered: 11/16/2012) |
| 11/16/2012 | 25 | REPLY BRIEF re 15 MOTION to Transfer Case to United States District Court for the Southern District of California filed by Mitchell International Inc.. (Attachments: # 1 Exhibit)(Connolly, Colm) (Entered: 11/16/2012) |
| 11/20/2012 | 26 | REQUEST for Oral Argument by Mitchell International Inc. re 15 MOTION to Transfer Case to United States District Court for the Southern District of California. (Connolly, Colm) (Entered: 11/20/2012) |
| 06/28/2013 | 27 | MEMORANDUM OPINION AND ORDER granting 15 MOTION to Transfer Case to United States District Court for the Southern District of California filed by Mitchell International Inc. Signed by Chief Judge Gregory M. Sleet on 6/28/2013. (asw) (Entered: 06/28/2013) |
| 07/01/2013 |  | Case transferred electronically to the U.S. District Court for the Southern District of California. (asw) (Entered: 07/01/2013) |