# EXHIBIT B

**IRELL & MANELLA LLP**
Morgan Chu (#70446)
mchu@irell.com
1800 Avenue of the Stars
Los Angeles, CA  90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

David C. McPhie (#231520)
dmcphie@irell.com
Patrick McGill (#284332)
pmcgill@irell.com
David B. Clark (#275204)
dclark@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Plaintiff Audatex North America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDATEX NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL INTERNATIONAL, INC., <br><br> Defendant. | Case No. 13cv1523-BEN (BLM) <br><br> **JURY TRIAL DEMANDED** <br><br> **PLAINTIFF AUDATEX NORTH AMERICA, INC.'S AMENDED DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS UNDER PATENT LOCAL RULES 3.1 AND 3.2** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2965461.8

Audatex's Amended Patent L.R. 3.1 and 3.2 Disclosures
Case No. 13cv1523 –BEN (BLM) (S.D. Cal.)

## I. AUDATEX'S AMENDED INFRINGEMENT CLAIM CHARTS AND DISCLOSURES FOR U.S. PATENT NOS. 7,912,740 B2, 8,200,513 B2 AND 8,468,038 B2

Pursuant to the Court's Scheduling Order, dated February 5, 2014 (D.N. 42), as modified by the Court's Order dated May 28, 2014 (D.N. 61), and the Patent Local Rules for the Southern District of California, Plaintiff Audatex North America, Inc. ("Audatex"), serves the attached amended initial infringement claim charts and accompanying disclosures to Defendant Mitchell International, Inc. ("Mitchell").

Audatex's ability to complete and finalize its claim charts and disclosures has been greatly prejudiced by Mitchell's failure to adequately respond to Audatex's discovery requests by the deadlines specified in the Court's Scheduling Order. Indeed, Mitchell's systematic failure to provide complete, substantive answers or document productions in response to Audatex discovery requests is illustrated by, among other things, the fact that as of June 17, 2014—the deadline set by the Court for "substantial completion of document discovery" (*see* Scheduling Order at ¶ 14)—Mitchell had produced only **20** documents beyond its initial production under Patent L.R. 3.4 (which was also incomplete). Subsequent Mitchell productions have been limited in number and scope, and have failed to satisfy Audatex's outstanding discovery requests. Mitchell's deficient responses to Audatex's requests for production and interrogatories have been the subject of presently ongoing meet and confer efforts between the parties, including an in-person meet and confer held at the offices of Audatex's counsel on May 5, 2014.

For example, and without limitation, Audatex has repeatedly raised with Mitchell its failure to meet its discovery obligations as to the following items: (1) to provide substantive non-infringement contentions and source code excerpts to support those contentions, as well as to identify persons with relevant knowledge; (2) to identify source code excerpts describing each of the accused features and functionalities; (3) to produce documents sufficient to show the geographies in

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2965461.8 01

- 1 -

Audatex's Amended Patent L.R. 3.1 and 3.2 Disclosures
Case No. 13cv1523 –BEN (BLM) (S.D. Cal.)

which Mitchell sells and offers to sell the accused products; (4) to produce documents showing the nature and use of the accused products or services by Mitchell's customers; (5) to produce marketing and promotional materials related to the accused products and services; (6) to produce documents and communications distributed to developers or potential customers related to the accused products; (7) to produce documents and communications related to instructions given to third parties relating to the use of the accused products, including—for example—user manuals and guides; and (8) to produce service manuals for the accused products and services. Additionally, Mitchell has failed to produce all source code utilized by all versions of the accused products for the operative damages period in this case (or to confirm that the singular version of the accused products' source code provided by Mitchell is representative of all other relevant versions).

These items—all of which are subject to Audatex interrogatories or requests for production that have been pending for more than five months—represent only a subset of the many discovery obligations that Mitchell has not fulfilled. They are highlighted, however, due to their relevance to the contentions and disclosures required by Patent L.R. 3.1. While Audatex has made every effort to resolve these deficiencies in good faith, it has become readily apparent that Mitchell will likely refuse to meet its discovery obligations until ordered by the Court to cooperate. Indeed, Audatex has recently inquired with Mitchell (now on multiple occasions) as to its availability for a conference call with the Court to discuss Mitchell's failure to meet its discovery obligations—but Audatex has not yet received a response to its inquiries.

Due to Mitchell's failure to meet its discovery obligations, Audatex's amended claim charts and disclosures—while based on the limited amount of Mitchell discovery that Audatex has been able to obtain to date, together with Audatex's good faith beliefs regarding the accused products and processes based on its present analysis of the information in its possession—necessarily remain

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2965461.8 01

- 2 -

Audatex's Amended Patent L.R. 3.1 and 3.2 Disclosures
Case No. 13cv1523 –BEN (BLM) (S.D. Cal.)

provisional. As such, Audatex's claim charts and disclosures are made without prejudice to supplementation or amendment as Mitchell makes additional responses and productions as required under long-standing discovery requests, which will allow Audatex to ascertain additional facts relevant to its infringement contentions.

Audatex further reserves the right to amend, modify, or supplement its claim charts and disclosures based on the Court's claim construction rulings, which have not yet issued. Nonetheless, Audatex's amended claim charts show infringement based on both Audatex's and Mitchell's construction of disputed terms where possible—no small task given the fact that Mitchell made numerous changes to its proposed constructions **two days** before these amended claim charts and disclosures were due.

## II. AMENDED DISCLOSURES PURSUANT TO PATENT L.R. 3.1

### A. Patent L.R. 3.1(a) Disclosures

Based on information presently known, Audatex asserts at this time that Mitchell has infringed and continues to infringe the following: (1) at least claims 1–29 of U.S. Patent No. 7,912,740 B2 ("the '740 patent"); (2) at least claims 1–31 of U.S. Patent No. 8,200,513 B2 ("the '513 patent"); and (3) at least claims 1-31 of U.S. Patent No. 8,468,038 B2 ("the '038 patent").

For the reasons discussed in Section I above, Audatex reserves the right to further amend, modify, or supplement its infringement contentions to reflect the results of discovery in this matter.

### B. Patent L.R. 3.1(b) Disclosures

Based on information presently known, Audatex asserts infringement of every claim identified in its response to Patent L.R. 3.1(a) above (collectively, the "Asserted Claims") by the Mitchell Accused Products, which include, without limitation, Mitchell's "WorkCenter" product suite—which features, among other things, the "WorkCenter Total Loss" and "UltraMate" (also known as "Mitchell Estimating") products—and other related products and services sold by Mitchell.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2965461.8 01                                  - 3 -                    Audatex's Amended Patent L.R. 3.1 and 3.2 Disclosures
                                                                       Case No. 13cv1523 –BEN (BLM) (S.D. Cal.)

For the reasons discussed in Section I above, Audatex reserves the right to amend, modify, or supplement its infringement contentions to reflect the results of discovery in this matter.

### C. Patent L.R. 3.1(c) Disclosures

Please see Appendices A, B and C, attached hereto and incorporated by reference, for amended claim charts that identify where each element of the Asserted Claims is found within the Mitchell Accused Products.[1]

For the reasons discussed in Section I above, these amended claim charts are provisional and Audatex's investigation is ongoing. While the contentions are based on diligent exploration by Audatex and its counsel, they reflect only the current state of Audatex's knowledge, understanding, and belief on this subject. As previously explained, Mitchell's failure to meet its discovery obligations have greatly prejudiced Audatex's ability to provide complete contentions, and Audatex will continue to investigate the all relevant facts relating to this action moving forward. As such, these claim charts, and the references cited within them, do not represent the entire universe of facts, documents, evidence, or any other materials that demonstrate Mitchell's infringement of the Asserted Claims.

Audatex reserves the right to amend, modify, or supplement these infringement contentions during these proceedings, including based on additional information that Audatex learns during the course of its investigation or as a result of more fulsome discovery in this matter, including information learned from documents produced by Defendant, witnesses or contentions of Defendant or third parties, the Court's claim construction, and other information. As stated above, these infringement contentions are neither intended as, nor shall in any way be

---

[1] Audatex contends that the post-Certificate of Correction language of certain claims in the '038 patent is the sole proper reading of those claims. However, for the sake of completeness, Appendix C includes infringement contentions for both pre- and post-Certificate of Correction versions of the affected '038 claims.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2965461.8 01

- 4 -

Audatex's Amended Patent L.R. 3.1 and 3.2 Disclosures
Case No. 13cv1523 –BEN (BLM) (S.D. Cal.)