# EXHIBIT D

1  MORGAN, LEWIS & BOCKIUS LLP
   Mario Moore (SBN 231644)
2  mario.moore@morganlewis.com
   5 Park Plaza, Suite 1750
3  Irvine, CA  92614
   Tel.:949.399.7000
4  Fax:949.399.7001

5  MORGAN, LEWIS & BOCKIUS, LLP
   Jason C. White (admitted *Pro Hac Vice*)
6  jwhite@morganlewis.com
   77 West Wacker Drive
7  Chicago, IL  60601
   Tel:312.324.1000
8  Fax:312.324.1001

9  Attorneys for Defendant
   Mitchell International, Inc.
10

11              UNITED STATES DISTRICT COURT

12            SOUTHERN DISTRICT OF CALIFORNIA

13  AUDATEX NORTH AMERICA,          Case No.  3:13-cv-01523-BEN-BLM
    INC.,
14                                  **JURY TRIAL DEMANDED**
                   Plaintiff,
15                                  **DEFENDANT MITCHELL**
         vs.                        **INTERNATIONAL, INC.'S THIRD**
16                                  **SUPPLEMENTAL RESPONSES TO**
    MITCHELL INTERNATIONAL,         **PLAINTIFF AUDATEX NORTH**
17  INC.,                           **AMERICA, INC.'S FIRST SET OF**
                                    **INTERROGATORIES (NOS. 2, 4-9, 13,**
18                 Defendant.       **16, and 17)**

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DEF.'S THIRD SUPP RESPONSES TO
FIRST SET OF INTERROGATORIES
CASE NO.  3:13-CV-01523-BEN-BLM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25 **INTERROGATORY NO. 8:**

26     Identify all witnesses knowledgeable about, and documents (including by

27 Bates number and, for any source code excerpts, by line number) which describe,

28 each of the features and functionality of the Accused Products that are the subjects

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Irvine

13

DEF.'S THIRD SUPP RESPONSES TO
FIRST SET OF INTERROGATORIES
CASE NO.  3:13-CV-01523-BEN-BLM

1   of Interrogatory Nos. 4-7.

2   **RESPONSE TO INTERROGATORY NO. 8:**

3        Mitchell objects to this Interrogatory as vague and ambiguous.  Specifically,

4   and without limitation, Mitchell objects to the terms "features" and "functionality"

5   as vague and ambiguous.  Mitchell also objects to this Interrogatory as overbroad

6   and unduly burdensome including, without limitation, to the extent it seeks the

7   identification of "all" witnesses and documents.  Mitchell also objects to this

8   Interrogatory to the extent that it purports to be a single Interrogatory, but contains

9   multiple subparts.  Mitchell further objects to this Interrogatory to the extent it

10   seeks the production of information regarding source code not in accordance with

11   the terms of the Protective Order entered in this case.  Mitchell also objects to the

12   term "accused products" as vague, ambiguous, overbroad, unduly burdensome, and

13   not reasonably calculated to lead to the discovery of admissible evidence to the

14   extent that it requires construction of claim terms, or encompasses functionality not

15   disclosed in Audatex's Complaint or Infringement Contentions and to the extent it

16   purports to include any products, services, or instrumentalities not identified in

17   Audatex's Complaint or Infringement Contentions.

18        Subject to these objections and the General Objections set forth above,

19   Mitchell identifies the following individuals as knowledgeable regarding features

20   and functions of Mitchell's accused products: Jesse Herrera and Paul Rosenstein.

21   Mitchell further incorporates by reference the individuals identified in Mitchell's

22   Response to Interrogatory No. 9, *infra*, as individuals knowledgeable regarding

23   various features and functions of Mitchell's WorkCenter Total Loss product.

24        Mitchell further states that, pursuant to Fed. R. Civ. P. 33(d), Mitchell

25   designates the following documents as examples of those containing responsive

26   information relating to the operation and functionality of Mitchell's WorkCenter

27   product:  MITCHELL00000587; MITCHELL00000617; MITCHELL00002517;

28   MITCHELL00002718; MITCHELL00003261; MITCHELL00003343;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

14

DEF.'S THIRD SUPP RESPONSES TO
FIRST SET OF INTERROGATORIES
CASE NO.  3:13-CV-01523-BEN-BLM

MITCHELL00015105.  Mitchell also designates the following technical documents as examples of those relating to its UltraMate product, also known as Mitchell Estimating: MITCHELL0001218; MITCHELL00001219; MITCHELL00001235; MITCHELL00001237.  The foregoing documents do not constitute an exhaustive list, but are presented by way of example.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

15

DEF.'S THIRD SUPP RESPONSES TO
FIRST SET OF INTERROGATORIES
CASE NO.  3:13-CV-01523-BEN-BLM