

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Audatex North America, Inc.
                                        **Plaintiff,**
                v.
Mitchell International, Inc.
                                        **Defendant.**

Civil No. 13-cv-1523-BEN (BLV)

## PRO HAC VICE APPLICATION

Mitchell International Inc.
Party Represented

I, __Tedd M. Warden__ hereby petition the above entitled court to permit me
         (Applicant)
to appear and participate in this case and in support of petition state:

My firm name: Morgan, Lewis & Bockius LLP
Street address: 77 W. Wacker Drive, Suite 500
City, State, ZIP: Chicago, IL 60601
Phone number: 312.324.1778
Email: twarden@morganlewis.com
That on __Dec 4, 2008__ I was admitted to practice before __the Northern District of Illinois__
            (Date)                                                              (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I  ☒ have)   ☐ have not)   concurrently or within the year preceding this application made
any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case AUDATEX NORTH AMERICA, INC. v. MITCHELL INTERNATIONAL, INC.
Case Number 3:13-cv-01523                                  Date of Application 12/09/2014
Application:  ☐ Granted   ☒ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Fred M. Plevin                                              619.744.3650
(Name)                                                      (Telephone)

Paul, Plevin, Sullivan & Connaughton LLP
(Firm)

101 W. Broadway, Ninth Floor           San Diego, CA                  92101
(Street)                               (City)                         (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)