**IRELL & MANELLA LLP**
Morgan Chu (#70446)
mchu@irell.com
1800 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

David C. McPhie (#231520)
dmcphie@irell.com
Kamran Vakili (#284441)
kvakili@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Plaintiff Audatex North America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDATEX NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL INTERNATIONAL, INC., <br><br> Defendant. | Case No. 13cv1523-BEN (BLM) <br><br> **NOTICE REGARDING STATUS OF PROCEEDINGS IN PATENT AND TRADEMARK OFFICE AND FEDERAL CIRCUIT APPEAL** |

Case 3:13-cv-01523-BEN-BLM   Document 213   Filed 04/25/16   Page 2 of 4

Plaintiff Audatex hereby provides notice to this Court regarding the status of the Covered Business Method ("CBM") proceedings in the U.S. Patent and Trademark Office ("PTO") for the patents asserted by Audatex against Mitchell in this litigation: U.S. Pat. Nos. 7,912,740 ("the '740 patent"), 8,200,513 ("the '513 patent"), and 8,468,038 ("the '038 patent"). As indicated in an earlier notice filed with the Court, the PTO has issued written decisions for all three of the Audatex patents finding the challenged claims unpatentable. Dkt. No. 207 at 1.

On April 22, 2016, Audatex filed notices of appeal seeking appellate review by the Federal Circuit with respect to the PTO decisions for the '740 and '038 patents. *See* Ex. A (Notice of Appeal: '740 Patent); Ex. B (Notice of Appeal: '038 Patent). Audatex did not file a notice of appeal with respect to the '513 patent.

Pursuant to 35 U.S.C. § 143 and Fed. Cir. Rule 17(b)(1), the PTO Director will send to the Federal Circuit the certified list and a copy of the decisions to be reviewed within 40 days. Docketing, briefing, and oral argument on the appeal will be scheduled thereafter. *See* Fed. Cir. Rules 15(b), 31, 34(b), 47.3 & 47.4.

No certificate may be issued cancelling any claim of the '740 and '038 patents while the Federal Circuit appeal is pending. 37 C.F.R. § 42.80 ("a certificate cancelling any claim of the patent finally determined to be unpatentable" will be issued and published only "[a]fter … the time for appeal has expired or any appeal has terminated").

Dated: April 25, 2016

Respectfully submitted,

IRELL & MANELLA LLP

By: */s/ Kamran Vakili*

Morgan Chu (#70446)
mchu@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

|   |   |
|---|---|
| 1 | David C. McPhie (#231520) |
| 2 | dmcphie@irell.com |
|   | Kamran Vakili (#284441) |
| 3 | kvakili@irell.com |
| 4 | 840 Newport Center Drive, Suite 400 |
|   | Newport Beach, CA  92660 |
| 5 | Telephone: (949) 760-0991 |
| 6 | Facsimile: (949) 760-5200 |
| 7 | *Attorneys for Plaintiff Audatex North America, Inc.* |

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On April 25, 2016, I served the foregoing document described as NOTICE REGARDING STATUS OF PROCEEDINGS IN PATENT AND TRADEMARK OFFICE AND FEDERAL CIRCUIT APPEAL on each interested party, as follows:

☒ (BY E-FILE): I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
Fred M. Plevin
fplevin@paulplevin.com
101 West Broadway, Ninth Floor
San Diego, CA  92101
Tel: (619) 744-3650

MORGAN, LEWIS & BOCKIUS LLP
Jason C. White             Lorraine Casto
jwhite@morganlewis.com     lcasto@morganlewis.com
Scott Shutte               One Market, Spear Street Tower
sshutte@morganlewis.com    San Francisco, CA  94105
Tedd Warden                Tel: (415) 442-1216
twarden@morganlewis.com
77 West Wacker Drive
Chicago, IL  60601
Tel: (312) 324-1000

*Attorneys for Defendant Mitchell International, Inc.*

Executed on April 25, 2016, at Newport Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Kamran Vakili | */s/ Kamran Vakili* |
|---|---|
| (Type or print name) | (Signature) |