FILED

MAY 11 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDATEX NORTH AMERICA, INC., <br> Plaintiff, <br> v. <br> MITCHELL INTERNATIONAL, INC., <br> Defendant. | Case No.: 13-cv-1523-BEN (BLM) <br><br> **ORDER STAYING CASE** |

On April 25, 2016, Plaintiff Audatex North America, Inc. notified the Court that it is seeking review by the Federal Circuit of the Patent and Trademark Office's written decisions finding the patents-in-suit unpatentable. (Docket No. 213.) Accordingly, the Court stays the matter pending appeal. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426-27 (Fed. Cir. 1988). The parties shall notify the Court within two days of a decision by the Federal Circuit.

**IT IS SO ORDERED.**

Dated: May 11, 2016

HON. ROGER T. BENITEZ
United States District Judge