**IRELL & MANELLA LLP**
David C. McPhie (#231520)
dmcphie@irell.com
Kamran Vakili (#284441)
kvakili@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Plaintiff Audatex North America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDATEX NORTH AMERICA, INC., | Case No. 13cv1523-BEN (BLM) |
| Plaintiff, | **AUDATEX'S RESPONSE TO COURT'S OCTOBER 10, 2017 ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| v. | |
| MITCHELL INTERNATIONAL, INC., | |
| Defendant. | |

10370550

Audatex's Response To Court's October 10, 2017 Order To
Show Cause Why This Case Should Not Be Dismissed
Case No. 13cv1523-BEN (BLM)

Plaintiff Audatex hereby responds to the Court's order to show cause of October 10, 2017 (Dkt. No. 218).

Audatex respectfully submits that this case should not be dismissed. The Covered Business Method ("CBM") review for the patents asserted in this case is not yet final, as Audatex has petitioned the Supreme Court for certiorari in connection with those proceedings. Ex. A (Petition). Notably, the question of the constitutionality of certain Patent Office's adversarial proceedings on patent validity is already currently before the Supreme Court in *Oil States Energy Services LLC v. Greene's Energy Group*, LLC, 137 S. Ct. 1139 (2017). Audatex's petition presents essentially the same question as *Oil States*, namely whether the extra-judicial administrative CBM proceeding that purportedly invalidated Audatex's patents, outside of an Article III forum and without a jury, is unconstitutional. Given that certiorari has already been granted in *Oil States*, Audatex has asked the Supreme Court to hold its petition in abeyance until the ruling in *Oil States*. If the Supreme Court rules in *Oil States* that these Patent Office administrative proceedings are unconstitutional, then the CBM decision on the patentability of Audatex's claims will be void.

Thus, Audatex respectfully submits that there is no good cause to dismiss this case at this time. Given that Audatex's petition and appeal are still pending before the Supreme Court, it would be a waste of judicial resources to dismiss this case now, only to have it reinstated later should the Supreme Court issue a favorable ruling in *Oil States* and on Audetex's petition for certiorari.

Accordingly, this court should continue to maintain the status quo pending the Supreme Court's resolution of *Oil States* and Audatex's petition for certiorari. This case should continue to be stayed, and not dismissed, until all open appellate issues have been resolved in connection with the CBM proceedings involving the patents-in-suit.

| | |
|---|---|
| Dated: October 23, 2017 | Respectfully submitted, |
| | IRELL & MANELLA LLP |
| | By:  /s/ Kamran Vakili |
| | |
| | David C. McPhie (#231520) |
| | dmcphie@irell.com |
| | Kamran Vakili (#284441) |
| | kvakili@irell.com |
| | 840 Newport Center Drive, Suite 400 |
| | Newport Beach, CA 92660 |
| | Telephone: (949) 760-0991 |
| | Facsimile: (949) 760-5200 |
| | |
| | *Attorneys for Plaintiff Audatex North America, Inc.* |

10370550

- 2 -

Audatex's Response To Court's October 10, 2017 Order To
Show Cause Why This Case Should Not Be Dismissed
Case No. 13cv1523-BEN (BLM)

## **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On October 23, 2017, I served the foregoing document described as **AUDATEX'S RESPONSE TO COURT'S OCTOBER 10, 2017 ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** on each interested party, as follows:

☒   (BY E-FILE): I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
Fred M. Plevin
fplevin@paulplevin.com
101 West Broadway, Ninth Floor
San Diego, CA 92101
Tel: (619) 744-3650

MORGAN, LEWIS & BOCKIUS LLP

| Jason C. White | Lorraine Casto |
|---|---|
| jwhite@morganlewis.com | lcasto@morganlewis.com |
| Scott Shutte | One Market, Spear Street Tower |
| sshutte@morganlewis.com | San Francisco, CA 94105 |
| Tedd Warden | Tel: (415) 442-1216 |
| twarden@morganlewis.com | |

77 West Wacker Drive
Chicago, IL 60601
Tel: (312) 324-1000

*Attorneys for Defendant Mitchell International, Inc.*

Executed on October 23, 2017, at Newport Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  Lois Stevens  |  */s/ Lois Stevens*  |
|---|---|
| (Type or print name) | (Signature) |

10370550

- 3 -

Audatex's Response To Court's October 10, 2017 Order To
Show Cause Why This Case Should Not Be Dismissed
Case No. 13cv1523-BEN (BLM)